**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6830**

―――――――――

STEVEN MITCHELL,

Plaintiff - Appellant,

versus

BENJAMIN UHEP, Physician; J. MCCARTHY, Admin-
istrator/C.M.S.,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-01-495-AM)

―――――――――

Submitted:  September 20, 2001      Decided:  September 27, 2001

―――――――――

Before LUTTIG, KING, and GREGORY, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Steven Mitchell, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven Mitchell appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Mitchell v. Uhep, No. CA-01-495-AM (E.D. Va. Apr. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2